USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,        :       **19 CR 627 (VM)**
                                 :
        -against-                :
                                 :       <u>**ORDER**</u>
DEON KING,                       :
                                 :
                    Defendant.   :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, March 30, 2021 is hereby rescheduled to Friday, May 7, 2021 at 11:00 A.M.

**SO ORDERED:**

Dated:   New York, New York
         18 February 2021

_____
Victor Marrero
U.S.D.J.