**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
          -against-               :        19 CR 627 (VM)
                                  :           ORDER
DEON KING,                        :
                                  :
                    Defendant.    :
---------------------------------X
```

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #:_____ / DATE FILED: 4/30/2021

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing in the above matter currently scheduled for Friday, May 7, 2021 will be rescheduled to Friday, July 9, 2021 at 11:00 A.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         30 April 2021

_____
Victor Marrero
U.S.D.J.