**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,     :     **19 CR 627 (VM)**
                                         :
        -against-              :
                                         :     **ORDER**
DEON KING,                               :
                                         :
                 Defendant.   :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, July 9, 2021 will be rescheduled to Friday, August 13, 2021 at 10:30 A.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
            28 June 2021

                                                 Victor Marrero
                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021