```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :    **19 CR 627 (VM)**
                                     :
          -against-                  :
                                     :         **ORDER**
DEON KING,                           :
                                     :
                  Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, August 13, 2021 will be rescheduled to Friday, September 24, 2021 at 12:00 PM. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         09 August 2021

*[Signature]*
Victor Marrero
U.S.D.J.