```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                 │
│ DATE FILED: 9/16/2021                │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,          :          **19 CR 627 (VM)**
                                   :
            -against-              :
                                   :                **ORDER**
DEON KING,                         :
                                   :
                Defendant.         :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from September 24 to Friday, December 10, 2021 at 3:00 PM.

**SO ORDERED:**

Dated:     New York, New York
           16 September 2021

                                        _____
                                            Victor Marrero
                                               U.S.D.J.