```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
            -against-               :         **19 CR 627 (VM)**
                                    :
                                    :            <u>**ORDER**</u>
DEON KING,                          :
                                    :
                  Defendant.        :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from December 10 to Friday, January 7, 2022 at 3:00 PM.

**SO ORDERED:**

Dated:    New York, New York
          01 December 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.