USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
        -against-                 :     **19 CR 627 (VM)**
                                  :
                                  :        <u>ORDER</u>
DEON KING,                        :
                                  :
                Defendant.        :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that in connection with defense counsel's December 27, 2021 request, (<u>See</u> Dkt. No. 130), the sentencing of the above-named defendant will be rescheduled from January 7, 2022 to Friday, March 4, 2022 at 10:30 AM.

**SO ORDERED:**

Dated:  New York, New York
        29 December 2021

_____
Victor Marrero
U.S.D.J.