```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :      **19 CR 627 (VM)**
                                    :
                                    :         <u>ORDER</u>
DEON KING,                          :
                                    :
                Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant be rescheduled from March 4, 2022 at 10:30 AM to June 10, 2022 at 2:00 PM.

**SO ORDERED:**

Dated:  New York, New York
        22 February 2022

_____
Victor Marrero
U.S.D.J.