USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :       **19 CR 627 (VM)**
                                   :
                                   :          <u>ORDER</u>
DEON KING,                         :
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from 2:00 PM on June 10, 2022 to 11:00 AM on June 10, 2022.

**SO ORDERED:**

Dated:   New York, New York
         08 June 2022

_____
Victor Marrero
U.S.D.J.